IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

WASHINGTON MUTUAL FINANCE
GROUP, LLC and WASHINGTON MUTUAL
FINANCE OF MISSISSIPPI, LLC, PLAINTIFFS,

VS. CIVIL ACTION NO. 2:02CV168-P-D

L.B. BUTLER, ET AL., DEFENDANTS.

## FINAL JUDGMENT

This matter comes before the court *sua sponte* in relation to its August 26, 2004 Opinion and Order granting the plaintiffs' motion to compel arbitration of the defendants' claims against them. After due consideration of the posture of this case, the court finds as follows, to-wit:

"The weight of authority clearly supports dismissal of the case when all of the issues raised in the district court must be submitted to arbitration." *Alford v. Dean Witter Reynolds, Inc.*, 975 F.2d 1161, 1164 (5th Cir. 1992). Accordingly, this action should be dismissed with prejudice.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE** and is therefore **CLOSED**.

**SO ORDERED** this the 17th day of August, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE